(Por la corte, a propuesta del Juez Asociado Señor Hutchison.) Desestimado por abandono.

No. 5354.—LÓPEZ, aplte., v. SUCESIÓN DE DOMINGO FIGUE-

1004

ROA, aplda.—C. D. San Juan. 
Junio 17, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, ninguna gestión debida se ha hecho en este caso, para perfeccionar la apelación, especialmente en cuanto al procedimiento de aprobación de la transcripción de evidencia;

POR CUANTO, la excusa de que el apelante ha estado sin defensor en este caso, a causa de haber sido nombrado su abogado para desempeñar un cargo judicial, no es suficiente, si se tiene en cuenta que tal nombramiento se hizo después de transcurridos cuatro meses de pedida y ordenada la transcripción de evidencia;

POR CUANTO, la apelación se radicó en febrero 23 de 1927, y el nuevo término para aprobación de la transcripción de evidencia se solicita después de notificado el apelante de la moción de desestimación,

POR TANTO, se declara con lugar la moción, y en su consecuencia se desestima el recurso por abandono.